**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

FILED
DEC 16 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**In Re: Certificate of Ascertainment**
**of Electors and Certificate of Votes**
**by the Electors for President and Vice**
**President of the United States of America**     2:20mc35

## ORDER

Pursuant to 3 U.S.C. § 11, the attached Certificate of Ascertainment regarding the credentials of the Virginia electors and the attached Certificate of Vote with lists of votes by the Virginia electors for President and Vice President of the United States of America shall be filed in this Court as it is the federal judicial district in which the electors have assembled to cast their votes. The original Certificates and lists shall be maintained by the Court for one (1) year from today's date and then transmitted to the archivist of the United States, and a copy of these Certificates and lists shall be placed in a miscellaneous file in the Court's electronic case filing system and in the order book of this Court at Norfolk, Virginia – the current seat of the Court.

**IT IS SO ORDERED.**

/s/ [signature]
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
December 16, 2020