# State Board of Elections



# COMMONWEALTH *of* VIRGINIA
## State Capitol
— *Official* —

To the: Honorable Mark. S. Davis, Chief Judge of the United States District Court fo rthe Eastern District of Virginia

We, the undersigned, Electors of President and Vice President of the United States of America, being Electors duly and legally appointed for the Commonwealth of Virginia, do hereby certify that true and correct lists of all the votes of the Commonwealth of Virginia given for President of the United States of America, and all the votes given for the Vice President of the United States of America are contained herein.

In testimony whereof, we have hereunto signed our names, on the 14th day of December, in the year of our Lord, two thousand and twenty, and in the two hundred and forty-fifth year of the Commonwealth.

Electors

*[signatures]*



# COMMONWEALTH *of* VIRGINIA

## CERTIFICATE OF ASCERTAINMENT

I, RALPH S. NORTHAM,

Governor of the Commonwealth of Virginia,

hereby certify that at a meeting of the State Board of Elections, held pursuant to law on the sixteenth day of November, 2020, on examination of the Certified Abstracts of Votes in the office of said Board, cast at the election held on the third day of November, 2020, for Electors of President and Vice President of the United States of America, it was ascertained and determined that the following named persons received votes as follows respectively to-wit:



COMMONWEALTH *of* VIRGINIA

### *Joseph R. Biden & Kamala D. Harris*

| | | |
|---|---|---|
| *for* | Matthew D. Rowe | 2,413,568 |
| *for* | Barbara H. Klear | 2,413,568 |
| *for* | Clinton L. Jenkins | 2,413,568 |
| *for* | Kimberly M. Dieber | 2,413,568 |
| *for* | Cyliene R. Montgomery | 2,413,568 |
| *for* | Leah V. Pence | 2,413,568 |
| *for* | Robert A. Martin | 2,413,568 |
| *for* | Charles C. Hines | 2,413,568 |
| *for* | Karen B. Combs | 2,413,568 |
| *for* | Ellen Scott | 2,413,568 |
| *for* | Suchada V. Langley | 2,413,568 |
| *for* | Margo E. Horner | 2,413,568 |
| *for* | Susan R. Swecker | 2,413,568 |

### *Donald J. Trump & Michael R. Pence*

| | | |
|---|---|---|
| *for* | Dorothy Louisa Miller | 1,962,430 |
| *for* | Susan Leigh Mayhew | 1,962,430 |
| *for* | Jackson Reagan Butler | 1,962,430 |
| *for* | Alan John Cobb | 1,962,430 |
| *for* | Keith Gillingham Damon | 1,962,430 |
| *for* | Catherine Stone McNickle | 1,962,430 |
| *for* | Richard Art Viguerie | 1,962,430 |
| *for* | Cynthia Stella Tamayo Free | 1,962,430 |
| *for* | Virginia Derby Jordan | 1,962,430 |
| *for* | Michael Charles Maibach | 1,962,430 |
| *for* | John G. Selph | 1,962,430 |
| *for* | Earl Walker Jackson, Sr. | 1,962,430 |
| *for* | Anne Taetzsch Fitzgerald | 1,962,430 |

### *Jo Jorgensen & Jeremy F. "Spike" Cohen*

| | | |
|---|---|---|
| *for* | Dominick J. Dunbar | 64,761 |
| *for* | Robert K. Dean | 64,761 |
| *for* | James J. St. John | 64,761 |
| *for* | Paul H. Kunberger | 64,761 |
| *for* | Dean D. Davison | 64,761 |
| *for* | Brian A. Hiner | 64,761 |
| *for* | Christopher D. Davis | 64,761 |
| *for* | Martin L. Overstrom | 64,761 |
| *for* | Sara-Amanda M. Venegas | 64,761 |
| *for* | Christopher S. Frashure | 64,761 |
| *for* | Marta S. Howard | 64,761 |
| *for* | Eric W. Bowling | 64,761 |
| *for* | James W. Lark, III | 64,761 |



## CERTIFICATE OF ASCERTAINMENT

**I Hereby Certify** that it was ascertained and determined by the State Board of Elections that *Matthew D. Rowe, Barbara H. Klear, Clinton L. Jenkins, Kimberly M. Dieber, Cyliene R. Montgomery, Leah V. Pence, Robert A. Martin, Charles C. Hines, Karen B. Combs, Ellen Scott, Suchada V. Langley, Margo E. Horner,* and *Susan R. Swecker* having received the greatest number of votes cast in said election were duly appointed as electors for Joseph R. Biden and Kamala D. Harris respectively for President and Vice President of the United States.



**In Testimony Whereof,** I have hereunto set my hand as Governor, and caused the Seal of the Commonwealth to be affixed. Done at the City of Richmond, this ___14th___ day of <u>December</u>, in the year of our Lord two thousand and twenty and in the two hundred and forty-fifth year of the Commonwealth.

_____
Governor

By the Governor

_____
Secretary of the Commonwealth



## CERTIFICATE OF VOTE

**IN WITNESS WHEREOF**, we have hereunto signed our names at the Capitol, in the City of Richmond, Commonwealth of Virginia, on the 14TH day of December, in the year of our Lord, two thousand and twenty, and in the two hundred and forty-fifth year of the Commonwealth.

**ELECTORS**

_____  
Matthew D. Rowe

_____  
Clinton L. Jenkins

_____  
Cyliene R. Montgomery

_____  
Robert A. Martin

_____  
Karen B. Combs

_____  
Suchada V. Langley

_____  
Susan R. Swecker

_____  
Barbara H. Klear

_____  
Kimberly M. Dieber

_____  
Leah V. Pence

_____  
Charles C. Hines

_____  
Ellen Scott

_____  
Margo E. Horner



# COMMONWEALTH *of* VIRGINIA

## CERTIFICATE OF VOTE

**United States of America**
*Commonwealth of Virginia*      ss:

We, the undersigned, Electors of President and Vice President of the United States of America for the next ensuing regular term of the respective offices thereof being Electors duly and legally appointed by and for the Commonwealth of Virginia, as appears by the annexed list of Electors and the Certificate of the Executive, made, certified and delivered to us by the direction of the Executive of the State, having met and convened in the City of Richmond, Virginia, and the seat of Government, at the Capitol, in pursuance of the Constitution and laws of the United States, and also in pursuance of the Constitution and laws of the Commonwealth of Virginia, on the 14TH day of December, in the year of our Lord, two thousand and twenty.

DO HEREBY CERTIFY, that, being so assembled, we duly qualified and organized and that all the Electors duly and legally appointed by and for the Commonwealth of Virginia appeared and answered to their names, and that thereupon, being duly in session at said Capitol on the 14TH day of December, in the year of our Lord, two thousand and twenty, we proceeded to vote by roll call, and voted first for such President, and then for such Vice President, by distinct roll calls.

And we further certify that the following are two distinct lists, one of the votes for such President and the other of the votes for such Vice President.



## COMMONWEALTH *of* VIRGINIA

List of all persons voted for as President of the United States of America, with the number of votes for each.

| NAMES OF PERSONS VOTED FOR | NUMBER OF VOTES |
|---|---|
| Joseph R. Biden, of the State of Delaware, And no other person | *Thirteen* |

List of all persons voted for as Vice President of the United States of America, with the number of votes for each.

| NAMES OF PERSONS VOTED FOR | NUMBER OF VOTES |
|---|---|
| Kamala D. Harris, of the State of California, And no other person | *Thirteen* |